UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ADAM ROMANOWICZ,

    Plaintiff,

v.        Case No.: 1:18-cv-2766

VILLAGE GREEN MANAGEMENT COMPANY
LLC and TWLS MANAGEMENT, INC. d/b/a THE
SHELBY APARTMENTS,    **JURY TRIAL DEMAND**

    Defendants.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff ADAM ROMANOWICZ by and through his undersigned counsel, brings this Complaint against Defendants VILLAGE GREEN MANAGEMENT COMPANY LLC and TWLS MANAGEMENT, INC. dba THE SHELBY APARTMENTS for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1.    Plaintiff ADAM ROMANOWICZ ("ROMANOWICZ"), brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Romanowicz's original copyrighted works of authorship.

2.    Born and raised in Chicago, IL, Adam Romanowicz always had a fascination with the artistic and abstract world. Childhood days were spent drawing, building models, and daydreaming of adventures in far off lands. While the real world grounds him in a career of engineering, daydreaming evolved into a passion for travel, outdoors, SCUBA diving, and other exhilarating activities. These passions only reinforce Adam's love of photography, allowing him to show others the world through his eyes.

3.       Shooting the world since 1997, Adam strives to create a strong sense of place in his travel related fine art photographs. The idea is to make the viewer feel that they are literally standing in the image rather than just looking at it. Other than travel, photo interests include aviation, underwater, and macro. Adam is also getting into digital art, focusing on the surreal 3D world.

4.       Adam's archival quality prints can be purchased directly from his fine art gallery at AdamRomanowicz.com, and can be printed on various fine art papers, canvas, and acrylic, framed or unframed. His images have been exhibited in galleries and shows around Chicagoland.

5.       In addition to fine art prints, Adam offers a large collection of editorial and commercial stock photography. Stock images are available for license on his award-winning website, 3scape.com.

6.       Defendant VILLAGE GREEN MANAGEMENT COMPANY LLC ("VGMC") is a property management company.

7.       Defendant TWLS MANAGEMENT, INC dba THE SHELBY APARTMENTS ("Shelby") is an apartment and condominium business located in Chicago, Illinois.

8.        Defendants VGMC and Shelby are collectively referred to herein as "Defendants."

9.       Romanowicz alleges that Defendants copied Romanowicz's copyrighted Work from the internet in order to advertise, market and promote their business activities. Defendants committed the violations alleged in connection with Defendants' businesses for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' businesses.

## JURISDICTION AND VENUE

10. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

11. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

12. Defendants are subject to personal jurisdiction in Illinois.

13. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants resides in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

14. Village Green Management Company LLC is a Delaware limited liability company with its principal place of business at 30833 Northwestern Highway, Suite 300, Farmington Hills, Michigan, 48334, and can be served by serving its Registered Agent, CT Corporation System, 208 So Lasalle Street, Suite 814, Chicago, Illinois 60604.

15. TWLS Management, Inc. dba The Shelby Apartments is an Illinois corporation with its principal place of business at 900 West Jackson Boulevard, 8th Floor, Chicago, Illinois, and can be served by serving its Registered Agent, Barry Nekritz, 311 South Waker Drive, Suite 4400, Chicago, Illinois, 60606.

//

//

## THE COPYRIGHTED WORK AT ISSUE

16. Romanowicz created a photograph which is shown below and referred to herein as the "Work".



17. At the time Romanowicz created the work, he applied copyright management information to the Work consisting of the word "3scape.com" to the bottom right corner of the Work.

18. Romanowicz registered the Work with the Register of Copyrights on May 20, 2016 and was assigned the registration number VA 2-027-837. The Certificate of Registration is attached hereto as Exhibit 1.

19. At all relevant times Romanowicz was the owner of the copyrighted Work at issue in this case.

**INFRINGEMENT BY DEFENDANTS**

20. Defendants have never been licensed to use the Work at issue in this action for any purpose.

21. On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendants copied the Work.

22. Defendants copied Romanowicz's copyrighted Work without Romanowicz's permission.

23. After Defendants copied the Work, they made further copies and distributed the Work on the internet to promote the sale of goods and services as part of their leasing service of the apartment and condominium known as The Shelby Apartments.

24. Defendants copied and distributed Romanowicz's copyrighted Work in connection with Defendants' businesses for purposes of advertising and promoting Defendants' businesses, and in the course and scope of advertising and selling products and services.

25. Romanowicz's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

26. Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

27. Romanowicz never gave Defendants permission or authority to copy, distribute or display the Work at issue in this case.

28. Romanowicz notified the Defendants of the allegations set forth herein on November 15, 2017. To date the parties have failed to resolve this matter.

## COUNT I
## COPYRIGHT INFRINGEMENT

29. Plaintiff incorporates the allegations of paragraphs 1 through 28 of this Complaint as if fully set forth herein.

30. Romanowicz owns a valid copyright in the Work at issue in this case.

31. Romanowicz registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

32. Defendants copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Romanowicz's authorization in violation of 17 U.S.C. § 501.

33. Defendants performed the acts alleged in the course and scope of their business activities.

34. Romanowicz has been damaged.

35. The harm caused to Romanowicz has been irreparable.

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

36. Plaintiff incorporates the allegations of paragraphs 1 through 28 of this Complaint as if fully set forth herein.

37. The Work at issue in this case contains copyright management information ("CMI").

38. Defendants knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Work at issue in this action in violation of 17 U.S.C. § 1202(b).

39. Defendants committed these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal infringement of Romanowicz's rights in the Work at issue in this action protected under the Copyright Act.

40. Defendants caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal infringement of Romanowicz's rights in the Work at issue in this action protected under the Copyright Act.

41. Romanowicz has been damaged.

42. The harm caused to Romanowicz has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendants Village Green Management Company LLC and TWLS Management, Inc. dba The Shelby Apartments that:

a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b. Defendants be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203.

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon; and

d. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: April 18, 2018                 Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail: keith@vogtip.com

Yanling Jiang, J.D. (Bar No. 6309336)
JiangIP LLC
233 South Wacker Drive, 84th Floor
Chicago, Illinois 60606
Telephone: 312-283-8091
Email: yanling@jiangip.com

Jerold I. Schneider
SCHNEIDER ROTHMAN INTELLECTUAL
  PROPERTY LAW GROUP, PLLC
4651 North Federal Highway
Boca Raton, Florida 33431
Telephone: 561-404-4350
Facsimile: 561-404-4353
Email: jerold.schneider@sriplaw.com

*Attorneys for Plaintiff Adam Romanowicz*

8