UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADAM ROMANOWICZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:18-cv-2766 |
| VILLAGE GREEN MANAGEMENT ) | |
| COMPANY LLC and TWLS ) | JURY TRIAL DEMAND |
| MANAGEMENT, INC. d/b/a THE SHELBY ) | |
| APARTMENTS, ) | |
| Defendants. | |

### VILLAGE GREEN MANAGEMENT COMPANY'S AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Defendant, Village Green Management Company LLC ("Village Green") ("Defendant"), by and through its attorneys, Lewis Brisbois Bisgaard & Smith LLP, hereby files this agreed motion and moves this Court for a thirty (30) day extension for Defendant to answer or otherwise plead to Plaintiff's Complaint. In support of this agreed motion, Defendant states as follows:

1. Plaintiff filed his Complaint against Defendant on April 18, 2018. Plaintiff alleges violations of the Copyright Act, 17 U.S.C. § 106.

2. Defendant was served with the Complaint on or about April 27, 2018, Consequently, Defendant's current deadline to file their answers or otherwise plead is May 18, 2018. That deadline has not yet expired.

3. Defendant respectfully requests an extension to file an answer or to otherwise plead to Plaintiff's Complaint until June 18, 2018. Defendant requires additional time to investigate the allegations against it in order to formulate its answers and/or other responsive pleadings.

4. Defendant's counsel has conferred with Plaintiff's counsel regarding this extension. Plaintiff's counsel has no objection to this motion and the requested 30 day extension.

5. Defendant requests this extension of time in good faith and not in an effort to delay this matter. This brief extension of time will not prejudice any party.

WHEREFORE, Defendant, Village Green Management Company LLC, respectfully requests that this Court grant Defendant an additional 30 days to answer or otherwise plead to Plaintiff's Complaint, and for any other relief this Court deems just and appropriate.

        Respectfully submitted,

        Village Green Management Company LLC

        /s/ Bryan P. Sugar_____

        By:   One of Their Attorneys

Bryan P. Sugar (ARDC No. 6276016)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street, Suite 300
Chicago, Illinois 60661
Phone: (312) 345-1718
Fax: (312) 345-1717
bryan.sugar@lewisbrisbois.com

## **Certificate of Service**
## **1:17-cv-6081**

   I hereby certify that on <u>May 9, 2018</u>, I filed and served the foregoing with the Clerk's Office of the U.S. District Court for the Northern District of Illinois, using the CM/ECF filing system, which will notify all parties of record via electronic service, including those listed below.

                   By: <u>/s/ Bryan P. Sugar</u>

Keith A. Vogt
Keith Vogt, Ltd.
1033 South Blvd., Suite 200
Oak Park, IL 60302
Keith@vogtip.com

Yanling Jiang, J.D.
JiangIP LLC
233 South Wacker Dr. 84th Floor
Chicago, IL 60606
yangling@jiangip.com

Jerold I. Schneider
Alexander C. Cohen
Schneider Rothman Intellectual Property Law Group, PLLC
4651 North Federal Highway
Boca Raton, FL 33431
jerold.schneider@sriplaw.com
alex.cohen@sriplaw.com