## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Adam Romanowicz

                                        Plaintiff,

v.
                                                    Case No.:
                                                    1:18−cv−02766

                                                    Honorable Ruben
                                                    Castillo

Village Green Management Company LLC, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 27, 2018:

      MINUTE entry before the Honorable Ruben Castillo:The status hearing is reset to 7/3/2018 at 9:45 a.m. The status hearing set for 6/28/2018 is stricken.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.